IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **DAVID EARL MAJORS,** | § | |
| Petitioner, | § | |
| v. | § | Civil Action No. 4:13-cv-581-O |
| **RODNEY W. CHANDLER, Warden,** FCI-Fort Worth, | § | |
| Respondent. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

In this action brought by petitioner David Earl Majors under 28 U.S.C. § 2241, the Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The proposed findings, conclusions, and recommendation of the United States magistrate judge filed on January 29, 2014; and

3. The petitioner's written objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on February 24, 2014.

The Court, after **de novo** review, concludes that the Petitioner's objections are overruled, and his petition for writ of habeas corpus under 28 U.S.C. § 2241 should be dismissed without prejudice, subject to Majors making payment of the prior monetary sanction imposed upon him in *Majors v. Chandler,* No. 12-11149, 530 F. App'x. 350 (5th Cir. 2013), or obtaining leave from this Court.

Therefore, it is **ORDERED** that the findings, conclusions, and recommendation of the magistrate judge are **ADOPTED**. It is further **ORDERED** that David Earl Majors's petition for writ of habeas corpus under 28 U.S.C. § 2241 is **DISMISSED without prejudice**, subject to Majors

making payment of the prior monetary sanction imposed upon him in *Majors v. Chandler,* No. 12-11149, 530 F. App'x. 350 (5th Cir. 2013), or obtaining leave from this Court.

**SO ORDERED** this **28th day of February, 2014.**

                                                  Reed O'Connor
                                    **UNITED STATES DISTRICT JUDGE**